984 So.2d 1282 (2008)
Willie Fred GAINES, Appellant,
v.
STATE of Florida, Appellee.
No. 5D07-3691.
District Court of Appeal of Florida, Fifth District.
July 1, 2008.
*1283 James S. Purdy, Public Defender, and Susan A. Fagan, Assistant Public Defender, Daytona Beach, for Appellant.
No Appearance for Appellee.
PER CURIAM.
AFFIRMED. See Robinson v. State, 373 So.2d 898 (Fla.1979); see also Byrd v. State, 419 So.2d 725 (Fla. 5th DCA 1982).
PLEUS, ORFINGER and MONACO, JJ., concur.